# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

## MEMORANDUM

TO: David Copperthite
Assistant U.S. Attorney

Samuel Wesley-El
Reg. No. 32534-037
FCI Cumberland
P.O. Box 1000, D#1 201L
Cumberland, MD  21501

DATE: December 1, 2015

FROM: Judge Catherine C. Blake

SUBJECT: USA v. Samuel Wesley, CCB-97-033

---

I agree that Amendment 782 does not permit a sentence reduction for Samuel Wesley-El because he was sentenced on Count One to the mandatory minimum of life based on the government's notice of an enhanced penalty under 21 U.S.C. § 851.

A separate Order follows.

Mr. Wesley-El also has a motion under 28 U.S.C. § 2255 which remains pending.